UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>         Plaintiff,<br><br>-against-<br><br>SEAN COMBS, et al,<br><br>         Defendants. | Case No. 1:24-cv-07778 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

   Plaintiff commenced this action on October 14, 2024. Dkt. 1 ("Complaint" or "Compl."). The Complaint was filed under the pseudonym John Doe. "The use of pseudonyms runs afoul of the public's common law right of access to judicial proceedings, a right that is supported by the First Amendment," although there are "a limited number of exceptions to the general requirement of disclosure of the names of parties, which permit plaintiffs to proceed anonymously." *Doe v. Delta Airlines, Inc.*, 310 F.R.D. 222, 224 (S.D.N.Y. 2015) (brackets, quotation marks, and citations omitted), *aff'd*, 672 F. App'x 48 (2d Cir. 2016) (summary order). Plaintiff did not yet not seek leave to proceed under a pseudonym. Plaintiff shall submit an appropriate application, including a proposed order, on or before October 21, 2024, explaining why he should be permitted to proceed under a pseudonym.

Dated: October 16, 2024
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge