UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                      Plaintiff,<br><br>-against-<br><br>SEAN COMBS, et al,<br><br>                      Defendants. | Case No. 1:24-cv-07778 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      For substantially the reasons set forth in Plaintiff's application for leave to proceed anonymously, Dkts. 24-26, the Court finds that there is good cause shown for Plaintiff to proceed anonymously at this time. Accordingly, Plaintiff's request for leave to proceed anonymously is GRANTED. However, after Defendant appears, the Court may revisit this order, including to consider whether to order Plaintiff to provide his identity to counsel for Defendant, as contemplated in the Declaration of Anthony G. Buzbee, Dkt. 25 at ¶ 3.

      The Clerk of Court is ORDERED to close the motion pending at Dkt. 24.

Dated: October 17, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge