January 14, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

    Re: *Doe v. Combs, et. al.*, Case No. 24-cv-07778 (JLR)

Dear Judge Rochon:

  We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

  The undersigned parties have agreed that the Combs Defendants and Bad Boy Records, LLC will accept service through the undersigned counsel of (1) the Complaint (ECF #1) and (2) the Plaintiff's Second Motion for Leave to Appear Anonymously (ECF #35, the "Second Anonymity Motion") in exchange for Plaintiff's consent to an extension of time to respond to each until **February 11, 2025**.

  Consistent with this agreement, the undersigned parties respectfully request that the Court enter a scheduling order providing that (1) the Combs Defendants and Bad Boy Records, LLC shall have until **February 11, 2025** to answer, move, or otherwise respond to the Complaint; and (2) the Combs Defendants and Bad Boy Records, LLC shall have until **February 11, 2025** to file an opposition to the Second Anonymity Motion. No prior request for this relief has been made.

                Respectfully submitted,

*/s/ Mark Cuccaro*          */s/ Antigone Curis*
Mark Cuccaro            Antigone Curis
SHER TREMONTE LLP        CURIS LAW, PLLC
90 Broad Street, 23rd Fl.        52 Duane Street, 7th Fl.
New York, New York 10004      New York, NY 10007
T: 212.202.2600          (646) 335-7220
mcuccaro@shertremonte.com     antigone@curislaw.com
*Counsel for the Combs Defendants*    *Counsel for Plaintiff John Doe*

Hon. Jennifer L. Rochon
January 14, 2025
Page 2 of 2


*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*