UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

         *Plaintiff,*

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, and ORGANIZATIONAL DOES 1-10,

         *Defendants.*

Case No.: 1:24-cv-07778-JLR

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John Doe, by and through his undersigned counsel, hereby gives notice that the above-captioned Action is voluntarily dismissed, with prejudice, against Defendant Bad Boy Records LLC ("BBRLLC"). The same is acknowledged and agreed by BBRLLC, by and through its undersigned counsel.

Dated: New York, New York
       February 7, 2025

                                      **CURIS LAW, PLLC**

                                      By: _____
                                             Antigone Curis
                                      52 Duane Street, 7th Fl.
                                      New York, NY 10007
                                      (646) 335-7220
                                      antigone@curislaw.com

                                      — AND —

                                      **THE BUZBEE LAW FIRM**
                                      Anthony G. Buzbee
                                      Texas Bar No. 24001820

— AND —

**AVA LAW GROUP**
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for John Doe*

**PRYOR CASHMAN LLP**

By: _____/s/_____
Donald S. Zakarin
William L. Charron
Nicholas G. Saady
7 Times Square
New York, New York 10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for BBRLLC*

Dated: February 10, 2025
New York, New York

SO ORDERED.

_____/s/ Jennifer Rochon_____
**JENNIFER L. ROCHON**
**United States District Judge**