**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 24-CV-07778 (JLR) |
| : | |
| SEAN COMBS, DADDY'S HOUSE : | **ORAL ARGUMENT REQUESTED** |
| RECORDINGS INC., CE OPCO, LLC d/b/a : | |
| COMBS GLOBAL f/k/a COMBS ENTERPRISES : | |
| LLC, BAD BOY ENTERTAINMENT HOLDINGS, : | **NOTICE OF MOTION** |
| INC., BAD BOY PRODUCTIONS HOLDINGS, : | |
| INC., BAD BOY BOOKS HOLDINGS, INC., BAD : | |
| BOY RECORDS LLC, BAD BOY : | |
| ENTERTAINMENT LLC, BAD BOY : | |
| PRODUCTIONS LLC, and ORGANIZATIONAL : | |
| DOES 1-10, | |
| : | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Mark Cuccaro, dated February 11, 2025, the exhibits annexed thereto, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Jennifer L. Rochon at the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Complaint against the Combs Defendants with prejudice (ECF No. 1).

Dated: February 11, 2025
       New York, New York

                      Respectfully submitted,

                      SHER TREMONTE LLP

By:    */s/ Mark Cuccaro*
       Mark Cuccaro
       Michael Tremonte
       Erica Wolff
       Raphael A. Friedman
       90 Broad Street, 23rd Floor
       New York, NY 10004
       (212) 202-2600
       mcuccaro@shertremonte.com
       mtremonte@shertremonte.com
       ewolff@shertremonte.com
       rfriedman@shertremonte.com
       *Attorneys for Combs Defendants*