UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 24-CV-07778 (JLR) |
| : | |
| SEAN COMBS, DADDY'S HOUSE : | **DECLARATION OF MARK CUCCARO** |
| RECORDINGS INC., CE OPCO, LLC d/b/a : | **IN SUPPORT OF MOTION TO DISMISS** |
| COMBS GLOBAL f/k/a COMBS ENTERPRISES : | **THE COMPLAINT AGAINST THE** |
| LLC, BAD BOY ENTERTAINMENT HOLDINGS, : | **COMBS DEFENDANTS** |
| INC., BAD BOY PRODUCTIONS HOLDINGS, : | |
| INC., BAD BOY BOOKS HOLDINGS, INC., BAD : | |
| BOY RECORDS LLC, BAD BOY : | |
| ENTERTAINMENT LLC, BAD BOY : | |
| PRODUCTIONS LLC, and ORGANIZATIONAL : | |
| DOES 1-10. | |
| : | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MARK CUCCARO** declares as follows:

1. I am a partner at the law firm Sher Tremonte LLP, counsel for defendants Sean Comb, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (collectively, the "Combs Defendants") in the above-captioned action. I have personal knowledge of the facts and circumstances set forth herein.

2. I submit this affirmation in support of the Combs Defendants' motion, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing all claims in the Complaint (ECF No. 1) against them with prejudice.

3.	Attached as **Exhibit A** is a copy of an unpublished order of the Honorable Lewis A. Kaplan of this Court, in *Bellino v. Tallarico*, No. 1:24-cv-00712-LAK, dated April 26, 2024, and filed that same date on ECF, at ECF No. 28.

4.	Attached as **Exhibit B** is a copy of an unpublished decision and order of the Honorable Justice Lyle E. Frank of the New York State Supreme Court, New York County, in *Delgado v. Donald J. Trump for President, Inc.*, No. 952333/2023 (decision on Motion Sequence 004).  The decision is dated January 30, 2025, and was filed on the New York State electronic filing system on February 3, 2025, at NYSCEF Doc. No. 127.

Dated: New York, New York
        February 11, 2025

                                             *Mark Cuccaro*
                                             MARK CUCCARO