UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

John Doe,                                                           No. 24-cv-7778

        *Plaintiff,*

SEAN COMBS, DADDY'S HOUSE RECORDINGS  INC.,
CE OPCO, LLC d/b/a COMBS GLOBAL  f/k/a COMBS
ENTERPRISES LLC,  BAD BOY ENTERTAINMENT HOLDINGS,
INC.,  BAD BOY PRODUCTIONS HOLDINGS, INC.,  BAD BOY
BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10,

        *Defendants.*

-------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW APPEARENCE

    **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Anthony Buzbee, an

attorney for Plaintiff in the above-captioned action, hereby moves to withdraw his appearance as

an attorney of record until such time as he is admitted to practice in this Honorable District.

Plaintiff will continue to be represented by remaining counsel of record from Curis Law.


Dated: March 18, 2025                                     Respectfully Submitted,

                                                                 */s/ Anthony G. Buzbee*
    The Motion is GRANTED.                          Anthony G. Buzbee
                                                                  The Buzbee Law Firm
    Date:  March 20, 2025                               J.P. Morgan Chase Tower 600 Travis,
             New York, New York                          Suite 7500
                                                               Houston, Texas 77002
    **SO ORDERED.**                                       Telephone: (713) 223-5393
                                                               Facsimile: (713) 223-5909
*Jennifer Rochon*                                        Attorneys for Plaintiff John Doe
  **JENNIFER L. ROCHON**
  **United States District Judge**