UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

John Doe,

        *Plaintiff*,                              No. 1:24-cv-07778-JLR

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY                **NOTICE OF APPEAL**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC.,
BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, and
ORGANIZATIONAL DOES 1-10,

        *Defendants*.

---------------------------------------------------------X

      NOTICE IS HEREBY GIVEN that John Doe, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Dkt. 64) entered on March 27, 2025, denying plaintiff the right to proceed in this case anonymously. A copy of the Order is attached hereto as Exhibit A.

Dated: April 17, 2025                      Respectfully submitted,

                                                **CURIS LAW, PLLC**
                                                /s/ *Antigone Curis*
                                                Antigone Curis
                                                antigone@curislaw.com
                                                52 Duane Street, 7th Floor
                                                New York, New York 10007
                                                Phone: (646) 335-7220
                                                Facsimile: (315) 660-2610
                                                *Attorneys for Plaintiff John Doe*

1