UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

SEAN COMBS; DADDY'S HOUSE RECORDINGS INC.; CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; BAD BOY PRODUCTIONS HOLDINGS, INC.; BAD BOY BOOKS HOLDINGS, INC.; BAD BOY ENTERTAINMENT LLC; BAD BOY PRODUCTIONS LLC; and ORGANIZATIONAL DOES 1-10,

Defendants.

Case No. 1:24-cv-07778 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 29, 2026, counsel for Defendant Sean Combs ("Combs") filed a motion to withdraw as Defendants' counsel. *See* Dkt. 82. By **October 6, 2026**, Defense counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their clients, and by **October 8, 2026**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4. Any opposition to the motion to withdraw shall be filed by **October 13, 2026**; any reply shall be filed by **October 15, 2026**. This matter shall be heard by the Court on **October 20, 2026, at 11:00 a.m.** The hearing will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 Phone Conference ID: 392 129 335#.

Unless and until the Court grants the motion, Sher Tremonte LLP remains counsel of record. If Combs has secured new counsel, new counsel shall promptly enter a notice of

appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

Dated: October 1, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge