SHER TREMONTE LLP

October 7, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The Court will apply the Motion to Withdraw, Dkt. 82, to Sher Tremonte's representation of the Company Defendants as well. Counsel shall serve all Defendants with notice of this order forthwith.

Dated: October 7, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**Re: *Doe v. Combs, et al.*, No. 24-CV-07778 (JLR)**

Dear Judge Rochon:

We represent Sean Combs ("Mr. Combs"), Daddy's House Recordings Inc., CE OpCo, LLC (d/b/a Combs Global) (f/k/a Combs Enterprises LLC), Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (excluding Mr. Combs, the "Company Defendants") in the above-referenced matter and write regarding our pending motion to withdraw as counsel (the "Motion"). *See* ECF Nos. 82–86. In the Motion, we inadvertently omitted our representation of the Company Defendants and only included reference to Mr. Combs.

The reasons for withdrawal set forth in the Motion, *see* ECF No. 83, apply to the Company Defendants because they are also significantly behind in their payments to Sher Tremonte and because consistent communication with Mr. Combs is necessary for us to be able to provide effective legal representation to the Company Defendants. Therefore, we respectfully request that the Court apply the Motion to Sher Tremonte's representation of the Company Defendants as well. We note that in other cases where we represent Mr. Combs and the Company Defendants, we have moved to withdraw our representation as to all of them, and Mr. Combs is aware of this.

If the Court were to grant this request, we would promptly serve Mr. Combs and the Company Defendants with notice (they have all already been served with the original Motion). However, if the Court prefers that Sher Tremonte file a second motion, we are prepared to do so. We appreciate the Court's consideration and apologize for any inconvenience.

Respectfully submitted,

*/s/ Mark Cuccaro*

Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com

*Counsel for the Combs Defendants*