UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

SEAN COMBS; DADDY'S HOUSE RECORDINGS INC.; CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; BAD BOY PRODUCTIONS HOLDINGS, INC.; BAD BOY BOOKS HOLDINGS, INC.; BAD BOY ENTERTAINMENT LLC; BAD BOY PRODUCTIONS LLC; and ORGANIZATIONAL DOES 1-10,

Defendants.

Case No. 1:24-cv-07778 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the October 20, 2026 conference before this Court, Sher Tremonte's motion to withdraw as counsel for Defendants, Dkt. 82, is GRANTED. Its related request for a retaining lien against Defendants' case files is likewise GRANTED. Because Sher Tremonte has not submitted documentation establishing the amounts owed, the Court does not presently fix the amount of the lien. The firm may submit appropriate billing records and other supporting evidence if it seeks to fix that amount.

Defendants are now deemed to be proceeding without counsel. A corporate entity, however, may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (finding that corporations, LLCs, and partnerships "must appear through licensed counsel"). Given that this matter is presently stayed, all corporate entity Defendants shall obtain new counsel in due course and no later than **fourteen days** after the stay is lifted.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 82 and terminate Sher Tremonte as counsel of record.

Dated: October 20, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge